IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA KLEIN,
    Plaintiff,                               CASE NO.: 8:22-CV-00026
v.

VOLKSWAGEN GROUP OF AMERICA, INC.
    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, Angela Klein ("Klein") by and through his undersigned counsel hereby sues the Defendants, Volkwagen Group of America, Inc. ("Volkswagen") and alleges:

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00) exclusive of costs, interests and fees.

2. The cause of action occurred in Hillsborough County, Florida.

3. Defendant, Volkswagen, conducts business in the State of Florida and specifically has an office for the transaction of business in Hillsborough County, Florida.

4. Defendant, Volkswagen, conducts business in the State of Florida and specifically has an office for the transaction of business in Hillsborough County, Florida.

5. On June 2, 2021, Plaintiff entered a 2021 Volkwagen Tiguan whose Vin Number was 3VV2B7AX4MM002183 ("Volkswagen Vehicle") from the front passenger door and noticed that the seat belt to the front passenger seat was not working.

6. Defendant, Volkswagon produce, or manufactured, the above described vehicle which was involved in a automobile accident on June 2, 2021.

7. Cody Zirbes ("Zirbes'"), and/or one of his family member, rented the Volkwagen Vehicle from Ean.

8. When Plaintiff noticed that the front passenger seatbelt of Volkwagen Vehicle wasn't working, Zirbes also examined the seat belt and attempted to make the seat belt work or latch in properly, but the seat belt was not working properly and it would not work properly no matter how hard or how long Plaintiff and Zirbes tried.

9. After Plaintiff's and Zirbes' attempts to make the seat belt work properly became futile, Plaintiff and Zirbes decided to move forward with going to where they needed to go and were involved in an auto accident which caused damages to Plaintiff while Plaintiff was sitting in the front passenger seat without a working seat belt.

## COUNT ONE
## NEGLIGENCE OF DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.

10. The Plaintiff re-states and re-incorporates paragraphs 1 – 9 as if fully stated herein.

11. Volkswagen owed a duty of care to Plaintiff and persons who would come across one of the vehicles that it manufactures and/or promotes.

12. Volkswagen breached is its duty of care to Plaintiff when it produced, sold, promoted, failed to properly manufacture, and/or failed to properly test, and monitor complaints, after manufacturing Volkwagen Vehicle, and/or otherwise allowed a Plaintiff to be in a Volkswagen Vehicle without a working seat belt in the front passenger seat of Volkwagen Vehicle.

13. Volkswagen's breach of duty was the cause of the injuries and damages sustained by the Plaintiff.

14. Volkwagen caused Volkwagen Vehicle to be defectively designed, defectively manufactured, and/or know, or should have known, of the risks associated with the seat belt and did not warn others.

15. As a result of the Defendant's breach of duty to the Plaintiff, the Plaintiff sustained serious and severe permanent personal injuries, broken bones, inability to walk, was caused to incur and continues to incur expenses for medical care and treatment, pain and suffering, lost time to attend medical appointments to diagnose her injuries and received treatment; lost time from work as a result of the injuries and medical appointments, loss of income, loss of future income, medical expenses for life, medical treatment for life, and suffered other damages and economic and non-economic losses.

16. Plaintiff's injuries and damages were a foreseeable consequence of Volkwagen's breach.

17. But-for Volkwagen's breach, the Plaintiff would not have suffered the above damages

WHEREFORE the Plaintiff, Angela Klein, respectfully requests this Honorable Court for a trial by jury and a final judgment against the Defendant, Volkwagen Group of America, Inc., for damages and any other relief that the court deems just.

## COUNT TWO
## PRODUCT DEFECT / STRICT LIABILITY OF DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.

18. Plaintiff re-states and re-incorporates paragraphs 1 – 9 as if fully stated herein.

19. Volkwagen Vehicle had a seat belt that was defectively designed

20. Volkwagen Vehicle had a seat belt that was defectively manufactured

21. Volkwagen knew or should have known of the risks with the seat belt of Volkswagen Vehicle and failed to warn others.

22. The above described defects and/or failure to warn was the cause of the injuries and damages sustained by the Plaintiff including, but not limited to, serious and severe permanent personal injuries, broken bones, inability to walk, was caused to incur and continues to incur expenses for medical care and treatment, pain and suffering, lost time

to attend medical appointments to diagnose her injuries and received treatment; lost time from work as a result of the injuries and medical appointments, loss of income, loss of future income, medical expenses for life, medical treatment for life, and suffered other damages and economic and non-economic losses.

23. Plaintiff was using, or intending to use, the product as it was intended to be used.

WHEREFORE the Plaintiff, Angela Klein, respectfully requests this Honorable Court for a trial by jury and a final judgment against the Defendant, Volkswagen Group of America, Inc., for damages and any other relief that the court deems just.

Respectfully Submitted By:

_____/s/_____
Afram Malki, ESQ.
FL Bar # 0088725
Attorney for Plaintiff
The Malki Law Offices, P.A.
343 4th Ave N.,
Saint Petersburg, FL 33701
Primary Email: afram@thecaraccidentfirm.com
Secondary: briddle@thecaraccidentfirm.com